No. 341. MRS. CARMELITE PONS, WIFE OF GEORGE A. LOUQUE, PLAINTIFF IN ERROR, *v.* YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY ET AL. In error to the

Supreme Court of the State of Louisiana.   Motion to dismiss submitted March 9, 1914.   Decided March 16, 1914.   *Per Curiam.*   Dismissed for want of jurisdiction. *Louisiana Navigation Co.* v. *Oyster Commission of La.*, 226 U. S. 99; *United States* v. *Beatty*, decided this term, *ante*, p. 463.   *Mr. Henry L. Lazarus* and *Mr. Edgar H. Farrar* for the plaintiff in error.   *Mr. Blewett Lee, Mr. Charles N. Burch, Mr. Hunter C. Leake, Mr. Gustave Lemle* and *Mr. H. D. Minor* for the defendants in error.